1  **LEVIN SIMES KAISER & GORNICK LLP**
   Jeffrey A. Kaiser (State Bar No. 160594)
2  Jessica Biernier (State Bar No. 239831)
   44 Montgomery Street, 36th Floor
3  San Francisco, California 94104
   Telephone: (415) 646-7160
4  Facsimile:  (415) 981-1270
   E-mail:     jkaiser@lskg-law.com
5              jbiernier@lskg-law.com

6  Attorneys for Plaintiffs
   GERALDINE BURTON, MARK BURTON
7  and BLAINE BURTON

8  **BRYAN CAVE LLP**
   Robert E. Boone III (State Bar No. 132780)
9  Amy M. Gantvoort (State Bar No. 227294)
   120 Broadway, Suite 300
10 Santa Monica, California 90401-2386
   Telephone: (310) 576-2100
11 Facsimile:  (310) 576-2200
   E-mail:     reboone@bryancave.com
12             amy.gantvoort@bryancave.com

13 Attorneys for Defendant
   McDONNELL DOUGLAS CORPORATION
14
   **PERKINS COIE LLP**
15 Ronald McIntire (State Bar No. 127407)
   Bo Kim (State Bar No. 217394)
16 1620 26th Street, 6th Floor
   Santa Monica, California 90404
17 Telephone: (310) 788-9900
   Facsimile:  (310) 788-3399
18 E-mail:     RMcIntire@perkinscoie.com
               BKim@perkinscoie.com
19
   Attorneys for Defendant
20 THE BOEING COMPANY

21 **TUCKER ELLIS & WEST LLP**
   Lillian Ma (State Bar No. 210103)
22 Brian T. Clark (State Bar No. 184003)
   One Market, Stuart Tower, Suite 1300
23 San Francisco, California 94105
   Telephone: (415) 617-2400
24 Facsimile:  (415) 617-2409
   E-mail:     lillian.Ma@TuckerEllis.com
25             brian.Clark@tuckerellis.com

26 Attorneys for Defendant
   UNITED TECHNOLOGIES CORPORATION fka
27 PRATT & WHITNEY, INC.

28

|   |   |
|---|---|
| GERALDINE BURTON, individually and as personal representative to the estate of HAROLD BURTON, decedent; BLAINE BURTON, MARK BURTON and DOES ONE through TEN, inclusive,<br><br>        Plaintiffs,<br><br>        vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>        Defendants. | Case No. CV 07-0703 SI<br>(related to Case No. CV 07-00702 SI)<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:   May 11, 2007<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 10, 19th Floor |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

This Stipulation to Continue the Case Management Conference ("Stipulation") is entered into by plaintiffs Geraldine Burton, Mark Burton and Blaine Burton (collectively, "Plaintiffs") and defendants McDonnell Douglas Corporation, The Boeing Company and United Technologies Corporation (collectively, "Defendants"), for themselves and no other defendants, through their respective counsel of record. This Stipulation is entered into with reference to the following facts:

1. On February 2, 2007, Defendants, each individually, removed this consolidated asbestos personal injury and wrongful death action to this Court on "federal officer" grounds pursuant to 28 U.S.C. section 1442(a)(1).

2. On February 7, 2007, the Court set the initial case management conference for May 11, 2007.

3. On March 2, 2007, Plaintiffs filed a motion to remand this action to the San Francisco Superior Court. The parties have fully briefed the issues in support of and in opposition to the motion to remand. The motion was originally noticed to be heard on April 6, 2007, but the parties agreed to continue the hearing until April 20, 2007. On

March 9, 2007, the Clerk of the Court issued notice continuing the hearing until May 4, 2007.

4. On March 8, 2007, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Conditional Transfer Order ("CTO") to transfer the action to Multidistrict Litigation Docket No. 875 – In re Asbestos Products Liability Litigation (No. VI) ("MDL 875") in the Eastern District of Pennsylvania for consolidated pre-trial proceedings.

5. On March 23, 2007, Defendant McDonnell Douglas Corporation filed a motion to temporarily stay this action pending its transfer to MDL 875. The parties have fully briefed the issues in support of and in opposition to the motion to temporarily stay the action. This motion was originally noticed to be heard on April 27, 2007, but the hearing was continued by the Court until May 4, 2007.

6. On March 23, 2007, Plaintiffs filed a Notice of Opposition to the CTO and later filed a Motion to Vacate the Conditional Transfer Order on April 9, 2007. Defendant McDonnell Douglas Corporation filed its Response to Plaintiffs' Motion to Vacate on April 26, 2007. Plaintiffs' motion to vacate is scheduled for hearing by the Panel on May 31, 2007.

7. Plaintiffs and Defendants jointly agree that it is premature, and would not be prudent nor efficient, to presently address the various agenda items listed in the Court's Case Management Order and conduct the case management conference until the fundamental issues of jurisdiction and venue are resolved by the pending motions in this Court and before the Panel.

In light of the foregoing,

**IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The CMC shall be continued from May 11, 2007 to June 18, 2007, at 2:00 p.m.

2. The Joint Case Management Statement shall be filed and served no later than June 11, 2007.

                              Respectfully submitted,

Dated: May 2, 2007             **LEVIN SIMES KAISER & GORNICK LLP**
                                         JEFFREY KAISER
                                         JESSICA BIERNIER

                                         By:    /s/
                                               Jessica Biernier

                                         Attorneys for Plaintiffs
                                         GERALDINE BURTON, MARK BURTON
                                         and BLAINE BURTON

Dated: May 2, 2007             **BRYAN CAVE LLP**
                                         ROBERT E. BOONE III
                                         AMY M. GANTVOORT

                                         By:    /s/
                                               Amy M. Gantvoort

                                         Attorneys for Defendant
                                         McDonnell Douglas Corporation

Dated: May 2, 2007             **PERKINS COIE LLP**
                                         RONALD McINTIRE
                                         BO KIM

                                         By:    /s/
                                             Bo Kim

                                         Attorneys for Defendant
                                         THE BOEING COMPANY

Dated: May 2, 2007             **TUCKER ELLIS & WEST LLP**
                                         LILLIAN MA
                                         BRIAN CLARK

                                         By:    /s/
                                             Lillian Ma

                                         Attorneys for Defendant
                                         UNITED TECHNOLOGIES CORPORATION
                                         fka PRATT & WHITNEY, INC.

# **ORDER**

Based upon the foregoing, and finding good cause therefor, it is hereby ORDERED that:

The Case Management Conference is continued to ___June 22, 2007___ at 2:00 p.m. in Department 10 before the Honorable Judge Susan Illston.

It is further ordered that the Joint Case Management Statement, addressing all agenda items listed in the Court's Case Management Order, be filed on ___June 15, 2007___.

IT IS SO ORDERED.

DATED:_____                    _____
                                        Honorable Susan Illston
                                        UNITED STATES DISTRICT JUDGE

5